IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE:    CRAIG ALLEN MALONE                   #09-52665
          KAREN ANN MALONE                     Chapter 13


OBJECTING PARTY:  **CHAPTER 13 TRUSTEE**

**OBJECTION TO MOTION TO MODIFY CHAPTER 13 PLAN**

_x__  1.   The modified plan does not meet the post confirmation requirements of
           11 U.S.C. §1329.
___   2.   Modified plan not proposed in good faith.  11 U.S.C. § 1325(a)(3)
___   3.   Creditors receive less under the plan that they would receive in a chapter 7.
           11 U.S.C. § 1325(a)(4)
___   4.   Modified plan does not provide for payment of all disposable income.
           11 U.S.C. § 1325(b)(1)(B)
_x_   5.   The modified plan is not feasible.  11 U.S.C. § 1325(a)(6)
___   6.   No amended budget has been filed in support of the reduced plan payments.
___   7.   Other :_____
           _____

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:


/s/ Gwendolyn M. Kerney
Gwendolyn M. Kerney, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995